**MORGAN & MORGAN**

<u>**VIA CM/ECF**</u>

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Murray v. Lemonade, Inc.*
             Case No. 1:25-cv-04106-JHR

Dear Judge Rearden:

We represent Plaintiff Brian Murray ("Plaintiff") in connection with the above-captioned matter. We write to request the consolidation of the instant action with related action *Rich v. Lemonade, Inc.,* Case No. 1:25-cv-04851-JHR.

In the interest of judicial economy, Plaintiff respectfully requests that the Court enter an order consolidating these actions and coordinate all activities and appearances in respective actions, and granting plaintiffs leave to file a consolidated complaint.

Undersigned counsel has conferred with counsel for Plaintiff in *Rich* who agrees to the request made herein.

We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Ronald Podolny, Esq.
                              Morgan and Morgan Complex Litigation Group
                              201 N. Franklin Street, 7th Floor
                              Tampa, FL 33602
                              Ronald.podolny@forthepeople.com
                              Tel. (813) 223-5505

cc: All counsel of record via ECF