USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2025

September 15, 2025

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

09/15/2025

<u>VIA ECF</u>
Hon. Katharine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 17D
New York, NY 10007

Re:   *In re Lemonade, Inc. Data Disclosure Litig.*, No. 1:25-cv-04106-JHR-KHP
      Joint Letter Requesting Cancellation of Nov. 10, 2025, Settlement Conference

Dear Judge Parker:

The parties write, pursuant to the Court's September 11, 2025, Initial Case Management Order (ECF No. 31), regarding the November 10, 2025, settlement conference.

The parties were able to schedule a private mediation session to take place on November 4, 2025, and respectfully request that the Court cancel the settlement conference.

Respectfully submitted,

*/s/ Tiana Demas*
Tiana Demas
Anne Bigler
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
tdemas@cooley.com
abigler@cooley.com

*Counsel for Defendants*

*/s/ Melissa Clark*
Melissa Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5272
jyanchunis@forthepeople.com

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdesanto@bm.net

*Counsel for Plaintiffs and the Putative Class*