

**MARK DESANTO** / *SHAREHOLDER*
**d** 215.875.3046 | mdesanto@bergermontague.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025

November 14, 2025

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/17/2025

Hon. Katharine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 17D
New York, NY 10007

Re:    *In re Lemonade, Inc. Data Disclosure Litig.*, No. 1:25-cv-04106-JHR-KHP
Joint Letter Requesting Extension of Stay

Dear Judge Parker:

On September 10, 2025, the Court entered a 60-day stay of discovery to allow the parties to participate in private mediation. ECF No. 31. That stay expired on November 10, 2025. *Id.*

The parties participated in mediation on November 4, 2025, which was productive. The parties recently reached an agreement in principle for a class-wide settlement and believe they will be able to reach an agreement on the material terms in the upcoming weeks.

Accordingly, the parties respectfully request a 60-day extension of the stay, until January 9, 2026, to allow them to evaluate and finalize the terms of a settlement agreement and prepare papers to present that proposed settlement to the Court.

Respectfully submitted,


*/s/Tiana Demas (with consent)*
Tiana Demas
Anne Bigler
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
tdemas@cooley.com
abigler@cooley.com


*Counsel for Defendants*

*/s/ Mark B. DeSanto*
Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
mdesanto@bergermontague.com

E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413



Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bergermontague.com

Melissa Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

Ronald Podolny
John A. Yanchunis (admitted *pro hac vice*)
Antonio Arzola, Jr. (*pro hac vice* forthcoming)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5272
ronald.podolny@forthepeople.com
jyanchunis@forthepeople.com
ararzola@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*