

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____12/29/2025___

December 23, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 17D
New York, NY 10007

> **APPLICATION GRANTED:** Extension of Stay is extended to **02/08/2026.** The Case Management Conference set for 1/5/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Wednesday, February 18, 2026 at 12:30 p.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.      12/29/2025

     **Re:**    ***In re Lemonade, Inc. Data Disclosure Litig.,*** **No. 1:25-cv-04106-JHR-KHP**
                 **Joint Letter Requesting Adjournment of CMC and Extension of Stay**

Dear Judge Parker:

At their November 4, 2025, mediation, the parties reached an agreement in principle for a class-wide settlement. They continue to negotiate the material terms, and anticipate that they will be able to submit the settlement to the Court for preliminary approval on or before January 30, 2026.

Accordingly, the parties respectfully request a 30-day extension of the stay (*see* ECF No. 40), from January 9, 2026, to February 8, 2026.

They also respectfully request that the case management conference scheduled for January 5, 2026 (*see* ECF No. 31), be adjourned by 30 days, to February 4, 2026, or as soon thereafter as is convenient for the Court, with the caveat that Plaintiffs' counsel is unavailable the week of February 16.

Respectfully submitted,

*/s/ Tiana Demas (with consent)*

Tiana Demas
Anne Bigler
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
tdemas@cooley.com
abigler@cooley.com

*Counsel for Defendants*

*/s/ Melissa Clark*

Melissa Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
mdesanto@bergermontague.com

E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bergermontague.com

Ronald Podolny
John A. Yanchunis (admitted *pro hac vice*)
Antonio Arzola, Jr. (*pro hac vice* forthcoming)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5272
ronald.podolny@forthepeople.com
jyanchunis@forthepeople.com
ararzola@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*

Case 2:25-cv-04006-JHR-KHP Document 41 Filed 12/29/25 Page 2 of 2