

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __02/02/2026__

February 2, 2026

> **APPLICATION GRANTED:** Extension of Stay is extended to <u>03/25/2026.</u> The Case Management Conference set for Wednesday, February 18, 2026 at 12:30 p.m in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, April 6, 2026, at 11:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **02/02/2026**

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 17D
New York, NY 10007

Re:     *In re Lemonade, Inc. Data Disclosure Litig.,* No. 1:25-cv-04106-JHR-KHP
        **Joint Letter Requesting Adjournment of CMC and Extension of Stay**

Dear Judge Parker:

At their November 4, 2025, mediation, the parties reached an agreement in principle for a class-wide settlement. Defendant Lemonade is still in the process of reviewing the settlement terms and Plaintiffs are investigating facts related to a proposed class representative. <u>The parties anticipate being able to finalize and file the agreement on or before March 16, 2026. Accordingly, the parties respectfully request a 45-day extension of the stay (*see* ECF No. 42), from February 8, 2026, to March 25, 2026.</u>

<u>They also respectfully request that the case management conference scheduled for February 18, 2026 (*see* ECF No. 42), be adjourned by 45 days, to March 30, 2026, or as soon thereafter as is convenient for the Court</u>.

Respectfully submitted,

<u>/s/ Tiana Demas (with consent)</u>          <u>/s/ Melissa Clark</u>
Tiana Demas                                    Melissa Clark
Anne Bigler                                    **AHDOOT & WOLFSON, PC**
**COOLEY LLP**                                 521 5th Avenue, 17th Floor
55 Hudson Yards                                New York, NY 10175
New York, NY 10001                             Telephone: (917) 336-0171
Telephone: (212) 479-6000                      Facsimile: (917) 336-0177
Facsimile: (212) 479-6275                      mclark@ahdootwolfson.com
tdemas@cooley.com
abigler@cooley.com                             Mark B. DeSanto (admitted *pro hac vice*)
                                               **BERGER MONTAGUE PC**
*Counsel for Defendants*                       1818 Market Street, Suite 3600
                                               Philadelphia, PA 19103

**(888) 333-8996 \ 2600 W OLIVE AVENUE, SUITE 500 • BURBANK, CA 91505-4521 \ AHDOOTWOLFSON.COM**

Telephone: (215) 875-3000
Fax: (215) 875-4604

E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bergermontague.com

Ronald Podolny
John A. Yanchunis (admitted *pro hac vice*)
Antonio Arzola, Jr. (*pro hac vice* forthcoming)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5272
ronald.podolny@forthepeople.com
jyanchunis@forthepeople.com
ararzola@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*