

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/12/2026__

March 11, 2026

**APPLICATION GRANTED:** Extension of Stay is extended to 04/24/2026. The Case Management Conference set for Monday, April 6, 2026, at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, May 11, 2026 at 2:00 p.m.</u>

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/12/2026

<u>VIA ECF</u>
Hon. Katharine H. Parker
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 17D
New York, NY 10007

Re:    *In re Lemonade, Inc. Data Disclosure Litig.,* **No. 1:25-cv-04106-JHR-KHP**
       **Joint Letter Requesting Adjournment of CMC and Extension of Stay**

Dear Judge Parker:

At their November 4, 2025, mediation, the parties reached an agreement in principle for a class-wide settlement. The parties are finalizing the finer terms of the Settlement. The parties anticipate being able to finalize and file the agreement on or before April 15, 2026. <u>Accordingly, the parties respectfully request a 30-day extension of the stay (*see* ECF No. 44), from March 25, 2026, to April 24, 2026.</u>

<u>They also respectfully request that the case management conference scheduled for April 6, 2026, 2026 (*see* ECF No. 44), be adjourned by 30 days, to May 6, 2026, or as soon thereafter as is convenient for the Court.</u>

Respectfully submitted,

/s/ *Tiana Demas*
Tiana Demas
Anne Bigler
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
tdemas@cooley.com
abigler@cooley.com

*Counsel for Defendants*

/s/ *Melissa Clark*
Melissa Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Hon. Katharine H. Parker
March 11, 2026
Page 2

E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile:  (612) 584-4470
Email: emdrake@bergermontague.com

Ronald Podolny
John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5272
ronald.podolny@forthepeople.com
jyanchunis@forthepeople.com
ararzola@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*