**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LEMONADE, INC. DATA DISCLOSURE LITIGATION | Case No. 1:25-cv-04106-JHR-KHP |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Brian Murray and Leslie Linwood Rich, individually and on behalf of all others similarly situated, by and through their undersigned counsel, respectfully request the Court:

1.    Preliminarily approve the class action Settlement[1] and direct Notice to the Settlement Class pursuant to Rule 23(e);

2.    Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only;

3.    Appoint Brian Murray and Leslie Linwood Rich as Class Representatives;

4.    Appoint John Yanchunis and Ronald Podolny of Morgan & Morgan Complex Litigation Group, Mark DeSanto and E. Michelle Drake of Berger Montague, and Melissa Clark and Andrew Ferich of Ahdoot & Wolfson, PC, as Class Counsel;

5.    Approve the proposed Notice Plan, Summary Notice, Long Form Notice, and Claim Form;

6.    Appoint Kroll Settlement Administration LLC to provide Notice and claims administration; and

7.    Adopt the proposed schedule for Notice and final approval of the Settlement.

---

[1] The Class Action Settlement Agreement and Release ("Settlement Agreement" or "SA") is attached as Exhibit 1. Unless otherwise defined herein, capitalized terms have the same definition as set forth in the Settlement Agreement.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Joint Declaration of Ms. Clark, Mr. DeSanto, and Mr. Yanchunis; (4) the Settlement Agreement and exhibits; (5) the records, pleadings, and papers filed in this Action; (6) the Declaration of Christie K. Reed of Kroll Notice Media Solutions; (7) the Declaration of Robert Siciliano of IDTheftSecurity Inc.; and (8) other documentary and oral evidence or argument as may be presented to the Court on the Motion.

Also filed herewith is a proposed order granting preliminary approval of the settlement.

Dated: April 15, 2026

Respectfully submitted,

*/s/ Melissa R. Clark*
Melissa Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile:  (917) 336-0177
mclark@ahdootwolfson.com

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
mdesanto@bm.net

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 275-9295
jyanchunis@forthepeople.com

***Interim Co-Lead Class Counsel***