**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____04/16/2026
```

**IN RE LEMONADE, INC. DATA
DISCLOSURE LITIGATION**

**25-CV-4106-(JHR) (KHP)**

**ORDER ADJOURNING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Motion for Settlement filed on April 15, 2026 (doc. no 49) the Case

Management Conference currently scheduled for **May 11, 2026,** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:        New York, New York
             April 16, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge