UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                               :

IN RE LEMONADE, INC. DATA
DISCLOSURE LITIGATION                     :
                                               :

**ORDER**
25-CV-4106 (JHR) (KHP)

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for general pretrial matters, including settlement. The parties shall meet and confer to discuss whether they jointly consent to the approval and supervision of this settlement, and subsequent disposal of the case, by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c). If the parties jointly consent, they shall complete the consent form available on the Court's website at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **April 30, 2026,** representing that the parties met and conferred but that they do not jointly consent. The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to

decision by a United States District Judge, but is merely an attempt at preserving scarce judicial

resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may

result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: April 16, 2026
     New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge