**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LEMONADE, INC. DATA DISCLOSURE LITIGATION | Case No. 1:25-cv-04106-JHR-KHP |

**PLAINTIFF GREGORY KLEIN'S NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE that**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gregory Klein, by and through undersigned counsel of record, hereby voluntarily dismisses his individual claims alleged in the class action against defendants Lemonade, Inc. and Lemonade Insurance Agency, LLC, in their entirety, without prejudice, and separate from the claims of the remaining named plaintiffs and the putative class.

Dismissal of Plaintiff Klein's individual claims via notice is proper because Defendants have not yet served their answer or a motion for summary judgment.

For clarity, the claims of plaintiff Leslie Linwood Rich, plaintiff Brian Murray, and the putative class are <u>not</u> being dismissed by this notice.

Dated: April 17, 2026

Respectfully submitted,

 */s/ Melissa Clark*
Melissa R. Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**

2

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdesanto@bm.net

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 275-9295
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel*