KROLL

# In re Lemonade, Inc. Data Disclosure Litigation

United States District Court for the Southern District of New York, Case No. 1:25-cv-04106-JHR-KHP

## Were you notified that your Personal Information may have been compromised in an unauthorized Data Exposure involving Lemonade Insurance Agency's insurance quotation platform? A proposed class action settlement may affect your rights.

Cited in Murray v. Lemonade Inc
25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

*A federal Court authorized this Settlement Website. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement has been reached with Lemonade, Inc. and Lemonade Insurance Agency, LLC, the "Defendants" or "Lemonade", in a class action lawsuit about the alleged data incident involving Lemonade's online insurance quote platform, which occurred between April 2023 and September 18, 2024 (i.e., the Data Exposure).

- You are included in this Settlement as a "Settlement Class Member" if you received a notice of the Data Exposure informing you that your Personal Information (e.g., driver's license numbers) was compromised. Those notices were sent in April 2025 and June 2025.

- As a Settlement Class Member, your rights are affected whether you act or do not act. Please read this Settlement Website carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINES |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to receive a cash benefits from this Settlement is by submitting a timely and valid Claim Form. You can submit your Claim | **SEPTEMBER 8, 2026** |

| | | |
|---|---|---|
| | Form online by clicking **here** or download the Claim Form from the **Documents page** of this Settlement Website and mail it to the Settlement Administrator. You may also contact the Settlement Administrator to request a mailed paper copy of the Claim Form by using the online **Contact Us** form.<br><br>All Class Members will automatically receive the Credit Monitoring and Insurance Services ("CMIS") benefit; you do not need to submit a claim to receive this benefit. **Enrollment and activation of CMIS services will be available only after the Court grants final approval of the Settlement.** | |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendants related to the legal claims resolved by this Settlement. You can choose to retain your own legal counsel at your own expense. If you opt out, you will not be able to receive any benefits and you will not be bound by the terms of the Settlement Agreement. For more information on how to opt out of the Settlement, please review **FAQ 17** on the FAQ page of this Settlement Website. | **AUGUST 7, 2026** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you do not like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for Settlement Benefits. | **AUGUST 7, 2026** |

Cited in Murray v Lemonade Inc
25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | |
|---|---|---|
| **DO NOTHING** | If you do nothing, you will not receive any cash benefits from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendants related to the legal claims resolved by this Settlement. You will remain a Settlement Class Member and will still be able to activate your CMIS code. | **NO DEADLINE** |

- These rights and options—**and the deadlines to exercise them**—are explained on this Settlement Website.
- The Court in charge of this case still must decide whether to approve the Settlement.

This Settlement Website is authorized by the Court, supervised by counsel for the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized Settlement Website for this case.

Cited in Murray v Lemonade Inc
25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**PLEASE DO NOT CONTACT THE COURT OR DEFENDANTS.**
**THEY CANNOT ANSWER ANY QUESTIONS.**

| **For More Information:** | |
|---|---|
| **Call** | (833) 447-6429 |
| **Write** | Click **here** to contact us |
| **Mail** | *In re Lemonade, Inc. Data Disclosure Litigation*<br>c/o Kroll Settlement Administration LLC<br>P.O. Box 225391<br>New York, NY 10150-5391 |

Contact Us

## Important Dates

### Claims Deadline

**Tuesday, September 8, 2026**

Claim Forms may be submitted online by 11:59 p.m. ET, or mailed, postmarked by September 8, 2026.

### Objection Deadline

**Friday, August 7, 2026**

Objections must be filed with the Court or mailed to the Court no later than August 7, 2026. Copies must also be mailed to Class Counsel, Defendants' Counsel, and the Settlement Administrator, postmarked no later than August 7, 2026.

### Last Day of Opt-Out Period

**Friday, August 7, 2026**

The deadline to opt out by submitting a Request for Exclusion from the Settlement is August 7, 2026. To be valid, your request must be mailed to the Settlement Administrator and postmarked no later than August 7, 2026.

Cited in Murray v Lemonade Inc
25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

### Final Approval Hearing

**Thursday, September 10, 2026**

The Court is scheduled to hold a Final Approval Hearing on September 10, 2026, at 10:00 a.m. ET, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 17D. The date and time of this hearing may change without further notice. Please check this Settlement Website for updates.

This Settlement Website is authorized by the Court, supervised by counsel for the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized Settlement Website for this case.

**PLEASE DO NOT CONTACT THE COURT OR DEFENDANTS.**
**THEY CANNOT ANSWER ANY QUESTIONS.**

| For More Information: | |
|---|---|
| **Call** | (833) 447-6429 |
| **Write** | Click here to contact us |
| **Mail** | *In re Lemonade, Inc. Data Disclosure Litigation*<br>c/o Kroll Settlement Administration LLC<br>P.O. Box 225391<br>New York, NY 10150-5391 |

## Important Dates

### Claims Deadline

**Tuesday, September 8, 2026**

Claim Forms may be submitted online by 11:59 p.m. ET, or mailed, postmarked by September 8, 2026.

Cited in Murray v Lemonade Inc 25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright. Further reproduction is prohibited without permission.

### Objection Deadline

**Friday, August 7, 2026**

Objections must be filed with the Court or mailed to the Court no later than August 7, 2026. Copies must also be mailed to Class Counsel, Defendants' Counsel, and the Settlement Administrator, postmarked no later than August 7, 2026.

### Last Day of Opt-Out Period

**Friday, August 7, 2026**

The deadline to opt out by submitting a Request for Exclusion from the Settlement is August 7, 2026. To be valid, your request must be mailed to the Settlement Administrator and postmarked no later than August 7, 2026.

### Final Approval Hearing

**Thursday, September 10, 2026**

The Court is scheduled to hold a Final Approval Hearing on September 10, 2026, at 10:00 a.m. ET, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 17D. The date and time of this hearing may change without further notice. Please check this Settlement Website for updates.

Copyright © 2026 Kroll Settlement Administration LLC - All Rights Reserved. This site is designed and developed by Kroll Settlement Administration LLC - Privacy Policy

Cited in Murray v Lemonade Inc
25CV4106 Decided 9/11/26
Archived on 9/16/26
This document is protected by copyright.
Further reproduction is prohibited without permission.